## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>MADELINE COX ARLEO<br>United States Magistrate Judge | Martin Luther King Courthouse<br>50 Walnut Street - Room 2060<br>Newark, New Jersey 07101<br>(973) 297-4903 |

**LETTER-ORDER**
ORIGINAL FILED WITH THE CLERK OF THE COURT

June 18, 2010

Brian Michael Thorn, Esquire
White, Fleischner & Fino, LLP
2137 Route 35
Holmdel, New Jersey 07733

Terri L. Freeman, Esquire
Jackson Lewis, LLP
220 Headquarters Plaza
Morristown, New Jersey 07960

                       Re: Melvyn Glantz v.s. Borroughs Corporation
                          Civil Action No. 09-4868 (PGS)

Dear Counsel:

     HONORABLE RICHARD S. CAMP is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court. If you would like further information with regard to the mediation program, please review the Rule and Guidelines which are available on the Court's Web Site www.njd.uscourts.gov.

     The mediator will contact you shortly to discuss the mediation process. Within fourteen (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length. Pleadings and discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

     Please remember that counsel and parties are required to participate in the mediation process in good faith. The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

                                       **SO ORDERED**

                                       <u>s/ Madeline Cox Arleo</u>
                                       United States Magistrate Judge